United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14716-mdc |
| JoAnne M. Baldwin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 01, 2023 | Form ID: 138OBJ | Total Noticed: 89 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JoAnne M. Baldwin, 513 Colgate Court, Bensalem, PA 19020-8208 |
| 14166603 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14197035 | + | Celtic Bank, Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14166631 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14166632 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14166633 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14647498 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14647573 | + | Freedom Mortgage Corporation, c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14558477 | + | Freedom Mortgage Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14166641 | + | Philadelphia FCU, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14166640 | + | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14166642 | | Service Finance Compan, Call 561-361-8587, Boca Raton, FL 33432 |
| 14254839 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 02 2023 01:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2023 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14166602 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 02 2023 01:28:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14172632 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 02 2023 01:28:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14166600 | + | Email/Text: backoffice@affirm.com | Sep 02 2023 01:28:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14166601 | + | Email/Text: backoffice@affirm.com | Sep 02 2023 01:28:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14195556 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2023 00:27:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14166605 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2023 00:41:59 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: 138OBJ | Total Noticed: 89 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14166604 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2023 01:17:08 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14166607 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 02 2023 01:27:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14166606 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 02 2023 01:27:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14191525 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 02 2023 01:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14166609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2023 00:26:43 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14166611 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2023 00:14:02 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14166608 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2023 00:15:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14166610 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2023 00:26:56 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14187509 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2023 00:14:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14195559 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2023 00:54:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14166613 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 01:16:55 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14166614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 00:41:58 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14166612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 00:41:57 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14202385 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 00:53:32 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14166616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 01:41:09 | Citibank/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14166615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 00:54:08 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14166618 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 00:42:23 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14166617 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 00:41:58 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14166620 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 01:29:08 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14166619 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 01:41:04 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14166622 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2023 01:28:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14166621 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2023 01:28:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14166624 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2023 01:28:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14166623 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2023 01:28:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14166626 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-14716-mdc    Doc 40    Filed 09/03/23    Entered 09/04/23 00:35:16    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: 138OBJ | Total Noticed: 89 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2023 01:28:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14166625 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2023 01:28:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14166628 | | Email/Text: mrdiscen@discover.com | Sep 02 2023 01:27:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14166660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 00:41:57 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14166661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2023 00:42:23 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14202383 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2023 01:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14173359 | | Email/Text: mrdiscen@discover.com | Sep 02 2023 01:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14166627 | + | Email/Text: mrdiscen@discover.com | Sep 02 2023 01:27:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14558429 | ^ | MEBN | Sep 01 2023 23:56:13 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14647499 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 02 2023 01:28:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14166633 | ^ | MEBN | Sep 01 2023 23:56:25 | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14166634 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 02 2023 01:28:00 | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14182032 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 02 2023 01:28:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14166636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:42:20 | GEMB / HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14166635 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:27:02 | GEMB / HH Gregg, Attention: Bankruptcy, Po Box 103106, Roswell, GA 30076-9106 |
| 14166638 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 02 2023 01:27:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14166637 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 02 2023 01:27:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14199558 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2023 01:17:12 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14292506 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 02 2023 01:28:00 | Freedom Mortgage Corporation, c/o MARIA TSAGARIS, McCalla Raymer LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14166639 | ^ | MEBN | Sep 01 2023 23:56:10 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 14199059 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2023 01:17:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14198315 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2023 01:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14198314 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2023 01:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14166643 | + | Email/Text: servicing@svcfin.com | | |

Case 18-14716-mdc  Doc 40  Filed 09/03/23  Entered 09/04/23 00:35:16  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: 138OBJ | Total Noticed: 89 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2023 01:28:00 | Service Finance Compan, 555 S Federal Hwy Ste 20, Boca Raton, FL 33432-5505 |
| 14166647 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:41:48 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14166646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:26:59 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14166644 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:13:58 | Syncb/home Design Sele, Po Box 96060, Orlando, FL 32896-0001 |
| 14166645 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:26:57 | Syncb/home Design Sele, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14167276 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:41:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14166648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:13:58 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14166649 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:27:03 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14166650 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:26:44 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14166651 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:27:03 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14166653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:26:34 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14166652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:41:54 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14166655 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:26:52 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14166654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:26:32 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14166656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:15:07 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14166657 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:26:57 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14203191 | + | Email/Text: bncmail@w-legal.com | Sep 02 2023 01:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14166659 | + | Email/Text: bncmail@w-legal.com | Sep 02 2023 01:28:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14166658 | | Email/Text: bncmail@w-legal.com | Sep 02 2023 01:28:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14166629 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 02 2023 01:28:00 | Elan Financial Service, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14166630 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 02 2023 01:28:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14188010 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 02 2023 01:28:00 | U.S. Bank National Association, dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 77

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: 138OBJ | Total Noticed: 89 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor JoAnne M. Baldwin support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: JoAnne M. Baldwin

    Debtor(s)

Case No: 18−14716−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/1/23

39 − 38
Form 138OBJ